Bernard Hill
PLAINTIFF/PETITIONER/MOVANT'S NAME

J76544
PRISON NUMBER

Tehachapi State Prison
PLACE OF CONFINEMENT

P.O. Box 608, Tehachapi, Ca. 93581
ADDRESS

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
2008 JAN 22 PM 4:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Bernard Hill,
Plaintiff/Petitioner/Movant

v.

J. W. Sullivan,
Defendant/Respondent

Civil No. '08 CV 0124 JM CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Bernard Hill, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration   Tehachapi State Prison
    Are you employed at the institution?          ☑ Yes ☐ No
    Do you receive any payment from the institution?   ☑ Yes ☐ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                                 K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $2.98 per month, Tehachapi State Prison, P.O. Box 608, Tehachapi, CAlifornia. 93581

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☒ Yes ☐ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance           ☐ Yes ☒ No
   d. Disability or workers compensation              ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances                           ☐ Yes ☒ No
   f. Spousal or child support                        ☐ Yes ☒ No
   g. Any other sources                               ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. $2.98, per month _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *None*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): *Reading glasses, cost $12.50. Tehachpapi State Prison.*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

*1-11-2008*
DATE

*Bernard Hill*
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____                    _____
DATE                                       SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                           _____
                                           OFFICER'S FULL NAME (PRINTED)

                                           _____
                                           OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____        _____
DATE                                                                                    SIGNATURE OF PRISONER

**Bernard Hill**
(Petitioner)

_____
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, **Bernard Hill**, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ✓   No ___

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   **$2.98 per month, Tehachapi State Prison, P.O. Box 608, Tehachapi, CA 93561**

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ✓   No ___
   b. Rent payments, interest or dividends?   Yes ___   No ✓
   c. Pensions, annuities or life insurance payments?   Yes ___   No ✓
   d. Gifts or inheritances?   Yes ___   No ✓
   e. Any other sources?   Yes ___   No ✓

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   **Tehachapi State Prison, $2.98**

3. Do you own any cash, or do you have money in a checking or savings account?   Yes ___   No ✓
   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ___   No ✓

   If the answer is yes, describe the property and state its approximate value. _____

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _None_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on _1-11-08_
(Date)

_Bernard Hill_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0__ on account to his credit at the _CCI Tehachapi_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _CCI Tehachapi_ institution:

_N/A_

DATED _1/16/08_

_[signature]_
Authorized Officer of Institution

_Acct Tech_
Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

PROOF OF SERVICE BY MAIL

I, _____, am a resident of a California State Prison in Kern County, am over the age of eighteen (18), and am a party to this legal action. My prison address is: California Correctional Institution, P.O. Box 1031, Tehachapi, CA 93581.

On _____ 200\_, I served the following documents:

_____

_____

upon the party(s) listed herein by placing a true copy(s), enclosed in a sealed envelope(s), with sufficient postage affixed, into the receptical provided for the United States Mail Service, deposited in the manner prescribed by the CDC, at the California Correctional Institution and addressed as follows:

There is regular delivery service by the United States Postal Service between the two locations.

I declare, under penalty of perjury, that the foregoing information is true and correct.

Executed on _____ 200\_

_____
Declarant / Server

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

## PROOF OF SERVICE BY MAIL

I, _____, am a resident of a California State Prison in Kern County, am over the age of eighteen (18), and am a party to this legal action. My prison address is California Correctional Institution, P.O. Box 1031, Tehachapi, Ca 93581.

On _____ 2007, I served the following documents:

_____

_____

upon the party(s) listed herein by placing a true copy(s), enclosed in a sealed envelope(s), with sufficient postage affixed, into the receptical provided for the United States Mail Service, deposited in the manner prescribed by the California Correctional Institution and addressed as follows:

There is regular delivery service by the United States Postal Service between the two locations.

I declare, under penalty of perjury, that the foregoing information is true and correct.

Executed on _____ 2007

_____
Declarant / Server

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

```
REPORT ID: TS3030 .701                CALIFORNIA DEPARTMENT OF CORRECTIONS           REPORT DATE: 01/15/08
                                      CALIF CORRECTIONAL INSTITUTION                 PAGE NO:          1
                                      INMATE TRUST ACCOUNTING SYSTEM
                                      INMATE TRUST ACCOUNT STATEMENT

                              FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 15, 2008

ACCOUNT NUMBER : J76544                            BED/CELL NUMBER: ME2AA400000005U
ACCOUNT NAME   : HILL, BERNARD A.                  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                      TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE   DESCRIPTION              COMMENT         CHECK NUM   DEPOSITS      WITHDRAWALS    BALANCE

07/01/2007   BEGINNING BALANCE                                                                    0.00
12/06/07 *VD54 INMATE PAYROL 11-3674SUP                               0.44                        0.44
01/04/08 *VD54 INMATE PAYROL 12-4345SUP                               2.45                        2.89
  ACTIVITY FOR 2008

                                 * RESTITUTION ACCOUNT ACTIVITY

                                                                 CASE NUMBER: SC0113753
DATE SENTENCED: 08/25/95                                         FINE AMOUNT: $   200.00
COUNTY CODE: SD
DATE        TRANS.  DESCRIPTION                        TRANS. AMT.                    BALANCE
                                                                                       118.29
12/06/07    VR54    RESTITUTION DEDUCTION-SUPPORT           0.48-                      117.81
01/04/08    VR54    RESTITUTION DEDUCTION-SUPPORT           2.72-                      115.09

                                 CURRENT HOLDS IN EFFECT

DATE
PLACED   HOLD
         CODE     DESCRIPTION          COMMENT                                      HOLD AMOUNT
01/08/2008  H114  COPAY FEE, MED.      4414 COPAY                                         5.00

                                    TRUST ACCOUNT SUMMARY
BEGINNING      TOTAL       TOTAL        CURRENT         HOLDS       TRANSACTIONS        CURRENT
BALANCE        DEPOSITS    WITHDRAWALS  BALANCE         BALANCE     TO BE POSTED        AVAILABLE
                                                                                        BALANCE
  0.00           2.89        0.00         2.89           5.00           0.00

                                                                                          2.11-

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST _____ 1-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE