```
 1 │ EDMUND G. BROWN JR.
   │ Attorney General of the State of California
 2 │ DANE R. GILLETTE
   │ Chief Assistant Attorney General
 3 │ GARY W. SCHONS
   │ Senior Assistant Attorney General
 4 │ DANIEL ROGERS
   │ Deputy Attorney General
 5 │ LISE S. JACOBSON, State Bar No. 183862
   │ Deputy Attorney General
 6 │   110 West A Street, Suite 1100
   │   San Diego, CA 92101
 7 │   P.O. Box 85266
   │   San Diego, CA 92186-5266
 8 │   Telephone: (619) 645-2293
   │   Fax: (619) 645-2271
 9 │   Email: Lise.Jacobson@doj.ca.gov
10 │ Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| BERNARD HILL,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES TILTON, Warden,<br><br>　　　　　　　**Respondent.** | 08cv0124-JM (CAB)<br><br>NOTICE OF LODGMENT IN 28 U.S.C.<br>§ 2254 HABEAS CORPUS CASE - TO<br>BE SENT TO CLERK'S OFFICE<br><br>Judge: The Honorable Cathy Ann<br>　　　　Bencivengo |
|---|---|

Respondent hereby lodges the following documents with this Court:

1. Appellant's opening brief;

2. Appellant's supplemental opening brief;

3. Court of Appeal's opinion on direct appeal;

4. Petition for review;

5. California Supreme Court's order denying review;

6. Six volumes of reporter's transcripts;

7. One volume of clerk's transcripts;

8. Respondent's brief;

1  9. Appellant's reply brief; and

2  10. Defense Exhibit B (transcript of police recording).

3  Because all of the above documents are photocopies, Respondent does not request that they
4  be returned.

5  Dated: April 24, 2008

6  Respectfully submitted,

7  EDMUND G. BROWN JR.
   Attorney General of the State of California

8  DANE R. GILLETTE
   Chief Assistant Attorney General

9  GARY W. SCHONS
10 Senior Assistant Attorney General

   DANIEL ROGERS
11 Deputy Attorney General

12

13 /s/ LISE S. JACOBSON

14 LISE S. JACOBSON
   Deputy Attorney General

15 Attorneys for Respondent

16 70121822.wpd
   SD2008700194
17

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Bernard Hill v. James Tilton, Warden**
Case No.: **08cv0124-JM (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 24, 2008, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Bernard A. Hill
CDC No. J-76544
California Correctional Institution
P.O. Box 608
Tehachapi, CA 93581

*Petitioner in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2008, at San Diego, California.

C. Pasquali                                        *C. Pasquali*
―――――――――――                        ―――――――――――
Declarant                                          Signature

70121824.wpd