# 08cv0124-JM (CAB)

**NUNC PRO TUNC**   **FILED**

JUN 12 2008   2008 JUN 18 AM 9:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

To The Clerk Of The Office Of The United States District Court;

Petitioner has not been able to forward his reply and traverse to Respondante's answer to Petitioner's Writ of Habeas Corpus, which was post marked April 24, 2008, and received by Petitioner, May 6, 2008. The reason Petitioner has not forward his reply is that, the one Yard here at Tehachapi has been on lock down without any movement cense the second week of April 2008. The one yard was down all of the weeks in May 2008. The one yard was off lock down at the start of June 2008, but then the law libary free staff had an accident. By the time a replacement was assigned the one yard was on lock down again with no movement. Its' been that way cense June 3, 2008, and still at the time of this notice, dated June 9, 2008. On or about June 6, 2008, Petitione spoke to Associate Warden Witcher, regarding law library access, still the law library remains closed. Cense Petitioner has been refused legal access, Petitioner has not been able to forward his reply and traverse. Petitioner was unable to cite the proper rule(s) of court pertaining to this notice cause of the lack of legal access.

Date: June 9, 2008.            Sign: Bernard Hill