UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HILL,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES TILTON, Warden,<br><br>　　　　　　　　　　　Respondent. | Civil No.　08cv0124-JM (CAB)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE TRAVERSE**<br><br>[Doc. No. 8] |

Petitioner, a state prisoner proceeding *pro se*, has file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the Petition on April 24, 2008. If Petitioner chose to file a traverse to matters raised in the answer, he was to do so by May 28, 2008. As of the date of this order, Petitioner has not filed a traverse. On June 12, 2008, the Court received a letter from Petitioner. [Doc. No. 8.] In the letter, Petitioner indicates that, due to several lock-downs that occurred at his prison facility and lack of access to the law library, he has been unable to put together his traverse. The Court construes this document as a request for an extension of time to file the traverse. Petitioner has not indicated how much time he needs, but in the interests of having the matters in this Petition decided on the merits, the Court hereby **GRANTS** Petitioner a 30-day extension of time. Petitioner shall have until **July 21, 2008** to file a traverse. **IT IS SO ORDERED.**

DATED: June 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge