# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Bernard Hill

                V.                          **JUDGMENT IN A CIVIL CASE**

James Tilton, et al

                                    CASE NUMBER:    08cv124-JM-CAB

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation in its entirety.  The court denies with prejudice the petition for writ of habeas corpus, under 28 U.S.C. Section 2254.

| October 6, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Cruz

(By)  M. Cruz, Deputy Clerk

ENTERED ON   October 6. 2008